

# NUMBER 13-13-00627-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI c EDINBURG

---

**NOE ADRIAN SALINAS,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 214th District Court
### of Nueces County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

This cause is before the Court on appellant's third motion for extension of time to file the brief. Appellant's brief was originally due to be filed on January 20, 2014, and this Court has previously granted appellant two extensions for the filing of appellant's brief in this cause. Appellant has now filed his third motion requesting additional time to file

the appellate brief in this cause.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's third motion for extension of time to file the brief is hereby GRANTED, and the Honorable Steve Schiwetz, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before June 4, 2014. Further motions for extension of time will not be favorably entertained by the Court.

The Clerk of this Court is ORDERED to serve a copy of this order on the Honorable Steve Schiwetz by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of May, 2014.

2